```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
NEW YORK CITY DISTRICT COUNSEL OF    :
CARPENTERS PENSION FUND et al.,      :
                                     :        10 Civ. 1620 (JSR)
             Plaintiffs,             :
                                     :             ORDER
        -v-                          :
                                     :
FRANCIS A. LEE EXTERIOR RESTORATION  :
CORP.,                               :
                                     :
             Defendant.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to the telephone conference with counsel held on May 18, 2010, the Clerk of the Court is directed to place this action on the Court's suspense docket. Plaintiffs' bankruptcy counsel is directed to notify the Court in writing by no later than July 31, 2010, and every three months thereafter, as to the status of the bankruptcy proceeding.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 25, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10
```